UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18CR10192- |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §922(g)(5)(A) - |
| 1.  NERY RODRIGUEZ DIAZ, and | ) | Alien in Possession of a |
| 2.  ELMER ALFARO HERCULES, | ) | Firearm and Ammunition |
| Defendants | ) | |
| | ) | 18 U.S.C. §924(d) and |
| | ) | 28 U.S.C. §2461(c) – |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

## INDICTMENT

COUNT ONE:   (18 U.S.C. §922(g)(5)(A) – Alien in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about May 22, 2018, at Boston, in the District of Massachusetts,

1.   NERY RODRIGUEZ DIAZ,

defendant herein, an alien who was then illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a silver Smith and Wesson .38 caliber revolver bearing serial number CAT3820 containing five rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

COUNT TWO:        (18 U.S.C. §922(g)(5)(A) – Alien in Possession of a Firearm and Ammunition)

The Grand Jury further charges that:

On or about May 22, 2018, at Boston, in the District of Massachusetts,

2. ELMER ALFARO HERCULES,

defendant herein, an alien who was then illegally and unlawfully in the United States, did knowingly possess in and affecting commerce firearm and ammunition, to wit: a black Smith and Wesson .38 caliber revolver bearing serial number J113489 containing five rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## **FORFEITURE ALLEGATION**
(18 .S.C. §924(d) and 28 U.S.C. §2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offenses alleged in Count One and/or Count Two of this Indictment,

    1. NERY RODRIGUEZ DIAZ, and
    2. ELMER ALFARO HERCULES,

defendants herein, shall forfeit to the United States the firearms involved in, or used in any knowing commission of the offense, pursuant to 18 U.S.C. §924(d), including but not limited to the following:

(a) a silver Smith and Wesson .38 caliber revolver bearing serial number CAT3820 containing five rounds of .38 caliber ammunition; and

(b) a black Smith and Wesson .38 caliber revolver bearing serial number J113489 containing five rounds of .38 caliber ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

(a) cannot be located upon the exercise of due diligence;

(a) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER POHL
KELLY BEGG LAWRENCE
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS            June 20, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 12:34 PM
6/20/18

4