UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 18-10192-FDS |
| | ) | |
| 1. NERY RODRIGUEZ DIAZ and | ) | |
| 2. ELMER ALFARO HERCULES, | ) | |
| Defendants | ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby submit this report in advance of the status conference scheduled for August 14, 2018.

(1) <u>Status of Automatic Discovery and Pending Discovery Requests</u>

The government provided automatic discovery on July 31, 2018. The defendants are reviewing the discovery materials. There are no pending discovery requests.

(2)-(3) <u>Additional Discovery/Timing of Requests</u>

The government does not have any additional discovery to produce at this time; however, any newly discovered evidence shall be disclosed pursuant to the Local Rules. The defendants do not yet know whether they will make additional discovery requests.

(4) <u>Protective Orders</u>

No protective orders are anticipated by the parties at this time.

(5) <u>Pretrial Motions</u>

The defendants do not yet know whether they will file any motions under Fed. R. Crim. P. 12(b).

(6) <u>Expert Discovery</u>

The Government agrees to provide expert witness disclosures, if any, 28 days prior to trial. The Defendants agree to provide expert witness disclosures, if any, 14 days prior to trial.

(7) <u>Defenses of Insanity, Public Authority, or Alibi</u>

The defendants do not intend to raise a defense of insanity, public authority, or alibi.

(8) <u>Periods of Excludable Delay</u>

In its order dated July 30, 2018, the Court excluded the time from the date of the defendants' initial appearance and arraignment on July 12, 2018, through the date of the initial status conference on August 14, 2018, in the interests of justice. D.16. The defendants agreed to the exclusion of time. As of August 14, 2018, no non-excludable days have elapsed, leaving 70 days to commence trial.

The government requests that the time between the date of the initial status conference on August 14, 2018, through the date the case is next scheduled in court be excluded from all Speedy Trial Act calculations to allow the defendants sufficient time to review discovery and consider the need for pretrial motions and the parties sufficient time to explore disposition of this case short of trial. The defendants assent to the exclusion of time.

(9) <u>Whether Trial is Anticipated; Estimated Length of Trial</u>

If a trial is required, the parties anticipate it would last approximately three to five days.

(10) <u>Date for Further or Final Status Conference</u>

The parties request that the Court accept this report in lieu of appearing at the August 14, 2018 conference. Further, and consistent with the Court's July 30, 2018 scheduling order, the parties request that the Court schedule a final status conference in mid to late September 2018.

                    Respectfully submitted,

                    ANDREW E. LELLING
                    United States Attorney

| */s/ Charles McGinty* | By: | */s/ Kelly Begg Lawrence* |
|---|---|---|
| CHARLES McGINTY | | KELLY BEGG LAWRENCE |
| Attorney for Nery Rodriguez Diaz | | CHRISTOPHER POHL |
| | | Assistant U.S. Attorneys |

*/s/ Victoria Bonilla*
VICTORIA BONILLA
Attorney for Elmer Alfaro Hercules

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on August 8, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Kelly Begg Lawrence*
Kelly Begg Lawrence
Assistant U.S. Attorney